### No. 992, *Rose* v. *Black.*

This case is similar in all essential respects to the preceding, and the decision must be the same.

*Judgment affirmed.*